IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE J. CAUDILLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:04CV244 |
| v. | ) | |
| | ) | ORDER |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge on July 27, 2005 by counsel for plaintiff and counsel for defendant,

**IT IS ORDERED that:**

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before August 29, 2005**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The defendant's motion to strike (Filing No. 47), the plaintiff's motion to continue case management dates (Filing No. 67), the defendant's motion in limine (Filing No. 70) and the plaintiff's motions in limine (Filing Nos. 73 and 74) are denied as moot.

4. The pretrial conference and trial previously scheduled are cancelled upon the representation that this case is settled.

DATED this 27th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge