# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE J. CAUDILLO, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV244 |
| | ) | |
| vs. | ) | |
| | ) | ORDER OF DISMISSAL |
| UNION PACIFIC RAILROAD COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice (Filing No. 79). Upon consideration,

**IT IS ORDERED:**

1. Pursuant to the stipulation of the parties, this matter is dismissed with prejudice.

2. Each party shall be responsible for its own costs, expenses, and attorneys' fees.

Dated this 9th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge